IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

XAVIER HARVEY,

        Plaintiff,

vs.

WERNER ENTERPRISES INC.,

        Defendant.

**8:25CV702**

**ORDER**

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before May 27, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 27th day of April, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge