IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| XAVIER HARVEY,<br><br>Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES INC.,<br><br>Defendant. | **8:25CV702**<br><br><br>**DISMISSAL ORDER** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. (Filing No. 19.) Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice.

Dated this 6th day of May, 2026.

BY THE COURT:

_____

Susan M. Bazis
United States District Judge